UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE     :   Case No. 21 MC 102 (AKH)
LITIGATION
-----------------------------------------------------------------x
ROBERT SPARANO (and wife, THERESA,      :   Case No. 07 CV 5388
SPARANO),

                  Plaintiffs,     :

   - against -                                  :     **NOTICE OF APPEARANCE**

AMERICAN STOCK EXCHANGE CLEARING    :
LLC, et al.,
                  Defendants.     :
-----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant AMEX SEAT OWNERS ASSOCIATION, INC.

    I certify that I am admitted to practice in this court.


Date: August 6, 2007

                                **SILLER WILK LLP**
                                Attorneys for Defendant AMEX Seat
                                Owners Association, Inc.

                                By: _____
                                Pamela L. Kleinberg, Esq. (PK 4508)
                                675 Third Avenue, 9th Floor
                                New York, NY  10017
                                (212) 421-2233

{00178967v1}                       1