Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE WORLD TRADE CENTER LOWER          :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X
ROBERT SPARANO (AND WIFE, THERESA       :     07-CV-5388-AKH
SPARANPO),                                                  :
                                                            :
                        Plaintiff,          :     **NOTICE OF ADOPTION**
                                            :     **OF ANSWER**
         - against -                        :     **TO MASTER COMPLAINT**
                                            :     **BY MERRILL LYNCH**
ALAN KASMAN DBA KASCO**,** *et al.***,**              :
                                            :     **ELECTRONICALLY FILED**
                        Defendants.
------------------------------------------------------------X


        PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill

Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned

action as against it, together with its costs and disbursements and for such other and further relief

as this Court deems just and proper.

Dated:  New York, New York        DICKSTEIN SHAPIRO LLP
        September 14, 2007

                                /s/ Judith R. Cohen_____
                      By:  Robert J. Higgins (RH-6477)
                                Judith R. Cohen (JC-8614)
                                Kenneth H. Frenchman (KF-3635)
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Phone: (212) 277-6500
                                Fax: (212) 277-6501
                                *Attorneys for Defendant*
                                MERRILL LYNCH & CO., INC.

DOCSNY-267089v01