UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x

ROBERT SPARANO (AND WIFE                    Case No.: 07 CV 5388(AKH)
THERESA SPARANPO),

                Plaintiff,

    -against-

ALAN KAS MAN DBA KASCO,
AMERICAN EXPRESS BANK, LTD,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,
AMERICAN STOCK EXCHANGE CLEARING LLC,
AMERICAN STOCK EXCHANGE LLC,
AMERICANSTOCK EXCHANGE REALTY ASSOCIATES LLC,
AMEX COMMODITIES LLC,
AMEX INTERNATIONAL INC.,
AMEX INTERNATIONAL LLC,
AMEX SEAT OWNERS ASSOCIATION INC.,
AMEX SPECIALISTS ASSOCIATION INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BFP
TOWER C CO. LLC., BFP TOWER C MM
LLC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC., D/B/A BMS CAT,
BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LEHMAN
BROTHERS HOLDINGS, INC.,
LEHMAN BROTHERS, INC., LEHMAN

COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION, MERRILL
LYNCH & CO, INC.,
NATIONAL ASSOCIATION OF SECURTITIES DEALERS INC.,
NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,
NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVEOPMENT CORPORATION,
NOMURAHOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL
SERVICES INC.,
THE NASDAQ STOCK MARKET INC.
TOSCORP, INC.,
TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE
SERVICES, INC., TUCKER
ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP RETAIL CO.,
G.P. CORP., WFP RETAIL CO.,
L.P., WFP TOWER A CO., WFP
TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P., WFP
TOWER B CO. G.P. CORP., WFP
TOWER B HOLDING CO., LP., WFP
TOWER B CO., L.P.,WFP TOWER D CO.
G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER DHOLDING
CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP
TOWER D. CO., L.P., ET AL
----------------------------------------------------------------x

### DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

> Yours, etc.
>
> FRIEDMAN, HARFENIST, LANGER & KRAUT
> Attorneys for Defendant –Envirotech
> 3000 Marcus Avenue, Suite 2E1
> Lake Success, New York 11042
> (516) 775-5800
>
> BY: _____
> Heather L. Smar (4622)