UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
ROBERT SPARANO (AND WIFE, THERESA : 07-CV-5388-AKH
SPARANPO),

                Plaintiff, : **APPEARANCE**

  - against -

ALAN KASMAN DBA KASCO, *et al.*, : **ELECTRONICALLY FILED**

                Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                  By:    /s/ Judith R. Cohen___
                                         Judith R. Cohen (JC-8614)
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Phone: (212) 277-6500
                                         Fax: (212) 277-6501
                                         *Attorney for Defendant*
                                         MERRILL LYNCH & CO., INC.